# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew K. Knoneborg | CHAPTER 13 |
| | BKY. NO. 18-17702 AMC |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as trustee for GSAA Home Equity Trust 2005-7 and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Rebecca A. Solarz Esquire**
                        Rebecca A Solarz, Esquire
                        Kevin G. McDonald, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322