IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MATTHEW KNONEBORG          :     CHAPTER 13
                                    :
                                    :
         DEBTOR                     :     BANKRUPTCY No. 18-17702

<u>ORDER</u>

AND NOW, this 5th day of March, 2021, upon consideration of the Debtors' Motion to Abate Payments and Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE