# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Matthew K. Knoneborg<br>　　　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| HSBC Bank USA, National Association, as trustee for GSAA Home Equity Trust 2005-7, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 18-17702 MDC |
| Matthew K. Knoneborg<br>　　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of HSBC Bank USA, National Association, as trustee for GSAA Home Equity Trust 2005-7, which was filed with the Court on or about **March 15, 2021 (Doc. No. 56)**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: March 23, 2021