### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:         MATTHEW KNONEBORG    :    CHAPTER 13
                                    :
                                    :
               DEBTOR                :    BANKRUPTCY No. 18-17702 MDC

### SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:            $1,000.00
Net amount to be paid by the Trustee  $1,000.00

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: April 12, 2021

cc:    William C. Miller, Trustee
       PO Box 1229
       Philadelphia, PA  19105

       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922

       Debtor