Certificate Number: 03088-PAE-DE-036361063

Bankruptcy Case Number: 18-17702



03088-PAE-DE-036361063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2022, at 12:54 o'clock PM CST, Matthew K Knoneborg completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 28, 2022              By:    /s/Susan D Gann

                                      Name:  Susan D Gann

                                      Title: Counselor