Certificate Number: 03088-PAE-DE-036361063

Bankruptcy Case Number: 18-17702



03088-PAE-DE-036361063

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 28, 2022</u>, at <u>12:54</u> o'clock <u>PM CST</u>, <u>Matthew K Knoneborg</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 28, 2022</u>           By:    <u>/s/Susan D Gann</u>

                                        Name:  <u>Susan D Gann</u>

                                        Title: <u>Counselor</u>