**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MATTHEW KNONEBORG | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 18-17702MDC |

**O R D E R**

AND NOW, this 28th day of March 2022, upon consideration of the Debtor's Motion to Dismiss his Chapter 13 Case pursuant to 11 U.S.C. 1307(b), the above captioned case is hereby dismissed.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE