United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Matthew K. Knoneborg  
    Debtor

Case No. 18-17702-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 30, 2022      Form ID: pdf900      Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew K. Knoneborg, 3130 Stirling Street, Philadelphia, PA 19149-3116 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14264976 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14455847 | + | HSBC Bank USA, National Association, as trustee fo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14233986 | + | J & A Auto, 2915 'C' Street, Philadelphia, PA 19134-2927 |
| 14233988 | + | Michael J. Dougherty, Esquire, 325 Chestnut St., Suite 501, Philadelphia, PA 19106-2605 |
| 14238411 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14233989 | + | Wells Fargo Bank, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 30 2022 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14233985 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 23:54:54 | Capital One Bank USA, NA, 15000 Capital One Drive, Henrico, VA 23238 |
| 14319247 | | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14235258 | + | Email/Text: bankruptcy@cavps.com | Mar 30 2022 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14251628 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2022 00:05:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14233987 | | Melissa Knoneborg |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 16 |

| | | |
|---|---|---|
| 14238409 | | Melissa Knoneborg |
| cr | *+ | HSBC Bank USA, National Association, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 14238408 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA, NA, 15000 Capital One Drive, Henrico, VA 23238 |
| 14238410 | *+ | Michael J. Dougherty, Esquire, 325 Chestnut St., Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC Bank USA  National Association, as trustee for GSAA Home Equity Trust 2005-7 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Matthew K. Knoneborg Perlick@verizon.net   pireland1@verizon.net |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MATTHEW KNONEBORG    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 18-17702MDC

**O R D E R**

AND NOW, this **28th** day of **March** 2022, upon consideration of the Debtor's Motion to Dismiss his Chapter 13 Case pursuant to 11 U.S.C. 1307(b), the above captioned case is hereby dismissed.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE